1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   FRED WAYNE GILBERT,                    No. CIV S-09-0209-CMK-P

12              Plaintiff,

13        vs.                               <u>ORDER</u>

14   SUSAN HERBERT, et al.,

15              Defendants.

16   _____/

17          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for leave to proceed in forma

19   pauperis (Doc. 5).  Plaintiff's complaint will be addressed separately.

20          Plaintiff has submitted a declaration that makes the showing required by 28

21   U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, be granted.

22          Accordingly, IT IS HEREBY ORDERED that:

23          1.     Plaintiff's motion for leave to proceed in forma pauperis (Doc. 5) is

24   granted;

25          2.     Plaintiff is required to pay the full statutory filing fee of $350.00 for this

26   action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

1

1         3.       No initial partial filing fee will be assessed pursuant to 28 U.S.C.

2 § 1915(b)(1); and

3         4.       Plaintiff will be obligated for monthly payments of twenty percent of the

4 preceding month's income credited to plaintiff's inmate trust account, such payments to be

5 forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's

6 account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C.

7 § 1915(b)(2).

8

9   DATED:  February 5, 2009

10

11                                **CRAIG M. KELLISON**
                               UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26