IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRED WAYNE GILBERT,** | Case No. 2:09-CV-0209 CMK P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |
| v. | |
| **SUSAN HERBERT, et al.,** | |
| Defendants. | |

The Court having considered Defendants' first request for an extension of time to file a responsive pleading, and good cause having been found,

IT IS HEREBY ORDERED THAT: Defendants' responsive pleading shall be filed on or before June 16, 2009.

Dated: May 19, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order Granting Defendants' First Request for an Extension of Time to File a Responsive
(2:09-CV-0209 CMK P)