IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRED WAYNE GILBERT,** | Case No. 2:09-CV-0209 CMK P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR A PROTECTIVE ORDER** |
| v. | |
| **SUSAN HERBERT, et al.,** | |
| Defendants. | |

    The Court having considered Defendants' request for a protective order, and good cause having been found,

    IT IS HEREBY ORDERED THAT:  Defendants are relieved of their obligation to respond to Plaintiff's request for production of documents, requests for admissions, and interrogatories until forty-five days after the Court rules on Defendants' motion to dismiss.

    Dated: July 8, 2009

                                                                                   _____
                                                                               **CRAIG M. KELLISON**
                                                                               UNITED STATES MAGISTRATE JUDGE