1

2

3

4

5

6

7

8                          **IN THE UNITED STATES DISTRICT COURT**

9                      **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    FRED WAYNE GILBERT,                    No. CIV S-09-0209-CMK-P

12                    Plaintiff,

13           vs.                                    <u>ORDER</u>

14    SUSAN HUBBARD, et al.,

15                    Defendants.

16    _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18    to 42 U.S.C. § 1983.  Pending before the court are: (1) plaintiff's request for entry of default

19    (Doc. 40); and (2) plaintiff's motion for default judgment (Doc. 41).

20              This action proceeds as against defendants Hubbard, Fox, Simmons, Bradley,

21    Wright, and Finn.  Defendants Fox, Simmons, and Hubbard have been served and have timely

22    answered the complaint (<u>see</u> Doc. 29 & 38).  Therefore, entry of default as to them is not

23    appropriate.  <u>See</u> Fed. R. Civ. P. 55(a).  Because there is no indication that defendants Bradley,

24    Wright, or Finn have been served, they are currently under no obligation to respond to the

25    complaint.  For this reason, entry of default as to these three unserved defendants would also not

26    be appropriate at this time.  <u>See id.</u>  Finally, because entry of default is not appropriate as to any

1   defendant, plaintiff is not entitled to a default judgment.  See Fed. R. Civ. P. 55(b).

2          The court will monitor for service of the remaining unserved defendants and issue

3   a scheduling order as to all served and appearing defendants at a later date.

4          Accordingly, IT IS HEREBY ORDERED that:

5          1.      Plaintiff's request for entry of default (Doc. 40) is denied and the Clerk of

6   the Court is instructed not to enter the default of any defendant; and

7          2.      Plaintiff's motion for default judgment (Doc. 41) is denied.

8

9

10  DATED: November 9, 2009

11                                      _____
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26