IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED WAYNE GILBERT, | No. CIV S-09-0209-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SUSAN HUBBARD, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for a status conference (Doc. 61).  Plaintiff does not, however, state why a status conference would be beneficial, and the court does not find that one would be at this time.   The motion is denied.

IT IS SO ORDERED.

DATED:  June 22, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1