IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED WAYNE GILBERT, | No. CIV S-09-0209-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SUSAN HUBBARD, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for a "protective order" (Doc. 66).  Plaintiff seeks an order relieving him of any obligation to file a response to defendants' motion for summary judgment until such time as the court has ruled on plaintiff's motion to compel.  A review of the docket reflects that plaintiff's motion to compel was denied on July 1, 2010, and plaintiff has filed his opposition to the motion for summary judgment.  Therefore, plaintiff's request for a "protective order" is moot and is denied as such.

IT IS SO ORDERED.

DATED: July 22, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1